IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| CHERYL ODE and CHELSEA RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH BREWING PROPERTIES, LLC,<br><br>Defendant. | CIVIL ACTION NO.<br>4:19-cv-00233-WMR |

## JURY VERDICT

**Part I: Plaintiff Cheryl Ode's Workplace Harassment Claim**

Do you find from a preponderance of the evidence:

1. That Rogger Alvarez-Santillan harassed Plaintiff Cheryl Ode because of her sex?

    Answer "Yes" or "No"     **Yes**

    *If your answer is "Yes," proceed to the next question. If your answer is "No," this ends your deliberations as to Part I, and you should proceed to Part II.*

2. That the harassment created a hostile work environment for Plaintiff Cheryl Ode?

    Answer "Yes" or "No"     **Yes**

    *If your answer is "Yes," proceed to the next question. If your answer is "No," this ends your deliberations as to Part I, and you should proceed to Part II.*

3. That Defendant Anheuser-Busch Brewing Properties, LLC knew, or in the exercise of reasonable care should have known, about the hostile work environment?

    Answer "Yes" or "No"        __Yes__

*If your answer is "Yes," proceed to the next question. If your answer is "No," this ends your deliberations as to Part I, and you should proceed to Part II.*

4. That Defendant Anheuser-Busch Brewing Properties, LLC took prompt remedial action to eliminate the hostile work environment?

    Answer "Yes" or "No"        __Yes__

*If your answer is "Yes," this ends your deliberations as to Part I, and you should proceed to Part II. If your answer is "No," proceed to the next question.*

5. That Plaintiff Cheryl Ode suffered damages because of the hostile work environment?

    Answer "Yes" or "No"        _____

*If your answer is "Yes," proceed to the next two questions. If your answer is "No," this ends your deliberations as to Part I, and you should proceed to Part II.*

6. That Plaintiff Cheryl Ode should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

    Answer "Yes" or "No"        _____

    If "Yes," in what amount?        _____

7. That Plaintiff Cheryl Ode should be awarded damages to compensate for emotional pain and mental anguish?

    Answer "Yes" or "No"        _____

    If "Yes," in what amount?        _____

*If you awarded damages in response to Questions 6 or 7 (or both), proceed to the next question. If you did not award damages in response to either Questions 6 or 7, this ends your deliberations as to Part I, and you should proceed to Part II.*

8. That punitive damages should be assessed against Defendant Anheuser-Busch Brewing Properties, LLC?

    Answer "Yes" or "No"   _____

    If "Yes," in what amount?   _____

*This ends your deliberations as to Part I. Proceed to Part II.*


**Part II: Plaintiff Cheryl Ode's Retaliation Claim**

Do you find from a preponderance of the evidence:

1. That Plaintiff Cheryl Ode engaged in protected activity?

    Answer "Yes" or "No"   __Yes__

*If your answer is "Yes," proceed to the next question. If your answer is "No," this ends your deliberations as to Part II, and you should proceed to Part III.*

2. That Defendant Anheuser-Busch Brewing Properties, LLC took an adverse employment action against Plaintiff Cheryl Ode?

    Answer "Yes" or "No"   __No__

*If your answer is "Yes," proceed to the next question. If your answer is "No," this ends your deliberations as to Part II, and you should proceed to Part III.*

3. That Defendant Anheuser-Busch Brewing Properties, LLC took the adverse employment action because of Plaintiff Cheryl Ode's protected activity?

    Answer "Yes" or "No"  _____

*If your answer is "Yes," proceed to the next question. If your answer is "No," this ends your deliberations as to Part II, and you should proceed to Part III.*

4. That Plaintiff Cheryl Ode suffered damages because of the adverse employment action?

    Answer "Yes" or "No"  _____

*If your answer is "Yes," proceed to the next two questions. If your answer is "No," this ends your deliberations as to Part II, and you should proceed to Part III.*

5. That Plaintiff Cheryl Ode should be awarded damages to compensate for a net loss of wages and benefits to the date of your verdict?

    Answer "Yes" or "No"  _____

    If "Yes," in what amount?  _____

6. That Plaintiff Cheryl Ode should be awarded damages to compensate for emotional pain and mental anguish?

    Answer "Yes" or "No"  _____

    If "Yes," in what amount?  _____

*If you awarded damages in response to Questions 5 or 6 (or both), proceed to the next question. If you did not award damages in response to either Questions 5 or 6, this ends your deliberations as to Part II, and you should proceed to Part III.*

7. That punitive damages should be assessed against Defendant Anheuser-Busch Brewing Properties, LLC?

    Answer "Yes" or "No"    _____

    If "Yes," in what amount?    _____

*This ends your deliberations as to Part II. Proceed to Part III.*

### Part III: Plaintiff Chelsea Rodriguez's Retaliation Claim

Do you find from a preponderance of the evidence:

1. That Plaintiff Chelsea Rodriguez engaged in protected activity?

    Answer "Yes" or "No"    __Yes__

*If your answer is "Yes," proceed to the next question. If your answer is "No," this ends your deliberations, and your foreperson should go to the end of this verdict form to sign and date it.*

2. That Defendant Anheuser-Busch Brewing Properties, LLC took an adverse employment action against Plaintiff Chelsea Rodriguez?

    Answer "Yes" or "No"    __No__

*If your answer is "Yes," proceed to the next question. If your answer is "No," this ends your deliberations, and your foreperson should go to the end of this verdict form to sign and date it.*

3. That Defendant Anheuser-Busch Brewing Properties, LLC took the adverse employment action because of Plaintiff Chelsea Rodriguez's protected activity?

    Answer "Yes" or "No"    _____

*If your answer is "Yes," proceed to the next question. If your answer is "No," this ends your deliberations, and your foreperson should go to the end of this verdict form to sign and date it.*

4. That Plaintiff Chelsea Rodriguez suffered damages because of the adverse employment action?

    Answer "Yes" or "No"    _____

*If your answer is "Yes," proceed to the next question. If your answer is "No," this ends your deliberations, and your foreperson should go to the end of this verdict form to sign and date it.*

5. That Plaintiff Chelsea Rodriguez should be awarded damages to compensate for emotional pain and mental anguish?

    Answer "Yes" or "No"    _____

    If "Yes," in what amount?    _____

*If you awarded damages in response to Question 5, proceed to the next question. If you did not award damages in response to Question 5, this ends your deliberations, and your foreperson should go to the end of this verdict form to sign and date it.*

6. That punitive damages should be assessed against Defendant Anheuser-Busch Brewing Properties, LLC?

    Answer "Yes" or "No"    _____

    If "Yes," in what amount?    _____

*This ends your deliberations. Your foreperson should go to the end of this verdict form to sign and date it.*

**SO SAY WE ALL**, signed and dated, this 16th day of June, 2022.

    _____[signature]_____
    Foreperson's Signature