IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| CHERYL ODE and CHELSEA RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>ANHEUSER-BUSCH BREWING PROPERTIES, LLC,<br><br>Defendant. | CIVIL ACTION NO.<br>4:19-cv-00233-WMR |

## JUDGMENT

The jury having returned its verdict [Doc. 161] in this case in favor of Defendant Anheuser-Busch Brewing Properties, LLC on Plaintiffs Cheryl Ode's and Chelsea Rodriguez's claims of discrimination and retaliation under Title VII, the Court hereby enters judgment in favor of Defendant and finds that Defendant is not liable for discrimination and retaliation under Title VII.

**IT IS SO ORDERED**, this 22nd day of June, 2022.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE